UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIGHTHOUSE TRUCKING, LLC, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-08-2086 |
| TOTAL TRANSPORTATION SERVICES, L.P., *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Voluntary Dismissal with prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that this case is DISMISSED with prejudice.

SIGNED and ENTERED this 27th day of August, 2008.

_____
Kenneth M. Hoyt
United States District Judge